UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD**<br><br>    1015 Half Street SE<br>    Washington, D.C., 20570<br><br>        Applicant,<br>  v.<br><br>**TASHA BIRD**<br><br>    2619 Bladensburg Road NE, Apt. 408,<br>    Washington, D.C. 20018<br><br>        Respondent. | Civil Case No. 25-mc-010-AHA-MAU |

### MOTION TO REOPEN THE RECORD AND FOR ORDER ADJUDICATING RESPONDENT TASHA BIRD IN CIVIL CONTEMPT

The National Labor Relations Board (hereinafter the Board), through its undersigned counsel, respectfully submits this Motion to Reopen the Record and for Order Adjudicating Respondent Tasha Bird in Civil Contempt (hereinafter Motion) for having failed, and continuing to fail, to comply with this Court's July 3, 2025 Order Granting Petitioner's Motion to Enforce Compliance with Administrative Subpoenas (hereinafter Order Granting Motion) (Dckt No. 4). In support of this Motion, the Board respectfully shows as follows:

1.    On July 3, 2025, this Court issued the Order Granting Motion. In pertinent part, the Order Granting Motion ordered Respondent to comply with Board administrative subpoenas ad testificandum. Specifically, Tasha Bird (Respondent) was to appear before an Agent of the National Labor Relations Board at 1015 Half Street SE, Washington, D.C., 20570 (Washington

Resident Office), at 9:00 a.m. on August 5, 2025, and to give testimony in *TagBGroup a.k.a. Tag B Parking*, Cases 05-CA-307789 and 05-CA-308552.

2. The Court's Order Granting Motion instructed the Clerk of the Court to serve Respondent with a copy of the Order Granting Motion by U.S. Mail. The Court's Order Granting Motion further instructed the Board serve Respondent with a copy of the Order Granting Motion by overnight private courier or delivery service.

3. On July 7, 2025, the Board served a copy of the Court's Order Granting Motion by United Parcel Service (UPS) Overnight Delivery to Respondent's home address, 2619 Bladensburg Rd. NE, Apt 408, Washington D.C. 20018. See Declaration of John Chambers, attached as Exhibit 1. As noted in the Board's Application for Order Requiring Compliance with Administrative Subpoenas Ad Testificandum (Application) (Dckt. No. 1), the United States Postal Service has confirmed[1] that this is the address to which they deliver mail addressed to Tasha Bird. The Order Granting Motion sent by UPS Overnight Delivery was delivered on July 8, 2025. A copy of the UPS proof of delivery is attached as Exhibit 2.

4. On July 9, 2025, the Court issued a Minute Order closing the case in this matter, considering the Order Granting Motion.

5. On August 5, 2025, Respondent failed to appear at the Board's Washington Resident Office as ordered by this Court. Respondent did not contact the Board to explain her failure or refusal to comply with the Court's Order Granting Motion. See Declaration of Board Agent William Szabo, attached as Exhibit 3.

6. Respondent's failure to comply with the Board's subpoenas ad testificandum, and this Court's Order Granting Motion constitutes contumacious conduct within the meaning of the

---

[1] Copies of the Board's request for address information and the United States Postal Service's reply were included as exhibits to the Board's Application (Dckt. No. 1 Attachment 2)

National Labor Relations Act, and contempt of this Court's Order Granting Motion. Respondent has failed to comply with this Court's Order Granting Motion by appearing before a Board Agent at the Washington Resident Office on August 5, 2025, at 9:00 a.m. and giving testimony in *TagBGroup a.k.a. Tag B Parking*, Cases 05-CA-307789 and 05-CA-308552.

WHEREFORE, in view of Respondent's contumacious conduct and disregard for this Court's Order Granting Motion, the Board respectfully prays:

1. That the Court reopen the record in this case.

2. That an order to show cause issue directing Respondent to appear before this Court on a specified date in that order, and to show cause why she should not be found in contempt of this Court's Order Granting Motion;

3. That this Court deem Respondent in contempt of this Court's Order Granting Motion;

4. That this Court compel Respondent to comply with Order Granting Motion and to appear before the Regional Director of Region 5, or his agent, and answer any and all questions relevant and material to the matters under investigation and in question in the proceeding before the Board in *TagBGroup a.k.a. Tag B Parking*, Cases 05-CA-307789 and 05-CA-308552.

5. That the Board be granted such other and further relief as may be necessary and appropriate.

Executed at Washington, District of Columbia, this 8th day of August 2025

                                                      Respectfully submitted,

| | |
|---|---|
| __/s/ Daniel M. Heltzer_____ | ___/s/ Katherine E. Leung_____ |
| Daniel M. Heltzer | Katherine E. Leung |
| Regional Attorney | Counsel for Applicant |
| National Labor Relations Board, Region 5 | National Labor Relations Board, Region 5 |
| Washington Resident Office | Washington Resident Office |
| 1015 Half Street SE | 1015 Half Street SE |
| Washington, D.C. 20570 | Washington, D.C. 20570 |
| (202) 208-0124 | (202) 501-1648 |
| Maryland Attorney # 0412140332 | Bar #   90010093 |
| | (New Mexico Bar #150573) |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL LABEL RELATIONS BOARD**<br><br>   1015 Half Street SE<br>   Washington, D.C., 20570<br><br>      Applicant,<br>   v.<br><br>**TASHA BIRD**<br><br>   2619 Bladensburg Road NE, Apt. 408,<br>   Washington, D.C. 20018<br><br>      Respondent. | Civil Case No. |

## **CERTIFICATE OF SERVICE**

This is to certify that on August 8, 2025, I served copies of the Motion to Reopen the Record and for Order Adjudicating Respondent Tasha Bird in Civil Contempt on the interested party in this action by placing true copies thereof in sealed envelopes for delivery by United Parcel Service 2nd Day Air and regular mail to the party listed below:

   Tasha Bird
   2619 Bladensburg Road NE, Apt. 408
   Washington, D.C. 20018

Executed on August 8, 2025, at Washington, District of Columbia.

                              /s/ Katherine E. Leung
                              Katherine E. Leung
                              Counsel for Applicant
                              National Labor Relations Board, Region 5
                              Washington Resident Office

                1015 Half Street SE
                Washington, D.C. 20570
                (202) 501-1648
                Bar #   90010093
                (New Mexico Bar #150573)

**DECLARATION OF JOHN CHAMBERS**

I, John Chambers, an employee of the National Labor Relations Board, state as follows:

On July 7, 2025, Katherine E. Leung requested that a program support assistant serve a copy of a Court Order Granting Petitioner's Motion to Enforce Compliance with Administrative Subpoenas (Order Granting Motion) on Tasha Bird. On July 7, 2025, I printed the Order Granting Motion, placed it in a UPS Express Letter package 2nd Day Air, attached the shipping label (1ZA4042V0195393107) and placed the package on the counter to be picked up by UPS. I then called UPS by telephone to request a pickup. Within two hours, a UPS driver came to our office located at 101 W. Lombard Street, Suite 700, Baltimore, Maryland, 21201 and picked up the package. On July 8, 2025, I received a delivery notification from UPS confirming that they had delivered the package to Bird's home address.

Dated: August 7, 2025

/s/ *John M. Chambers*

John Chambers
Administrative Officer
Region 5 – NLRB

**EXHIBIT 1**

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZA4042V0195393107

**Service**
UPS Next Day Air®

**Shipped / Billed On**
07/07/2025

**Delivered On**
07/08/2025 9:54 A.M.

**Delivered To**
WASHINGTON, DC, US

**Left At**
See Delivery Photo

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 08/05/2025 4:22 P.M. EST



EXHIBIT 2

DECLARATION OF WILLIAM SZABO

I, William Szabo, state as follows:

1. At all material times I have been employed by the National Labor Relations Board (Board), an agency of the federal government, and have been assigned as the Board Agent investigating Cases 05-CA-307789 and 05-CA-308552.

2. Tasha Bird (Bird) is a material witness to events underlying the allegations contained in Cases 05-CA-307789 and 05-CA-308552, and her testimony is critical to the investigation of those events and allegations that TagBGroup a.k.a. Tag B Parking failed and refused to recognize Amalgamated Transit Union Local 689, a/w Amalgamated Transit Union, AFL-CIO, CLC (Charging Party or Union), as the collective bargaining representative of its employees, and failed to bargain in good faith with the Charging Party as the collective bargaining representative of its employees, in violation of Section 8(a)(1) and (5) of the Act (29 U.S.C. §§ 158(a)(1) and 158(a)(5)).

3. On July 3, 2025, this Court issued an Order requiring Bird to appear before an agent of the Board on August 5, 2025, at 9:00 a.m. to provide testimony in Cases 05-CA-307789 and 05-CA-308552, *TagBGroup a.k.a. Tag B Parking*. As the investigating Board Agent, I was assigned to take Bird's testimony on August 5, 2025.

4. On August 5, 2025, I was present at the Board offices at 1015 Half Street SE, Washington, D.C. 20570 (Washington Resident Office) for the purpose of interviewing Bird pursuant to this Court's Order. I remained available to take Bird's testimony from 9:00 a.m. to 2:30 p.m. on August 5, 2025. Bird did not appear and did not contact me or any other Board agent to explain her absence.

5. Due to Bird's contumacy, I am unable to complete the investigation into these charges, and until Bird testifies, Cases 05-CA-307789 and 05-CA-308552 will remain open, and

**EXHIBIT 3**

the Board will remain unable to make a determination as to whether it has reasonable cause to believe TagBGroup a.k.a. Tag B Parking violated the Act as alleged in Cases 05-CA-307789 and 05-CA-308552.

Dated: August 6, 2025

/s/ William Szabo

_____

William Szabo
Board Agent
Region 5 – NLRB