UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**NATIONAL LABOR RELATIONS BOARD**

    1015 Half Street SE
    Washington, D.C., 20570

        Applicant,

v.

**TASHA BIRD**

    2619 Bladensburg Road NE, Apt. 408,
    Washington, D.C. 20018

        Respondent.

Civil Case No. 25-mc-010-AHA-MAU

## NOTICE OF COUNSEL FOR APPLICANT NATIONAL LABOR RELATIONS BOARD'S AVAILABILITY

    The National Labor Relations Board (hereinafter the Board), through its undersigned counsel, respectfully submits this Notice of Counsel for Applicant National Labor Relations Board's Availability. The Board respectfully states as follows:

    1.    On August 8, 2025, the Board filed a Motion to Reopen the Record and for Order Adjudicating Respondent Tasha Bird in Civil Contempt.

    2.    On October 1, 2025, the Board filed a Motion to Stay Proceedings Due to Laps in Appropriations (Motion to Stay).

    3.    On October 2, 2025, Magistrate Judge Moxila A. Upadhyaya issued a Minute Order granting the Board's Motion to Stay.

4. On November 17, 2025, the Board filed a Motion to Lift Stay of Proceedings.

5. As of this date, the Court has not ruled on the Board's Motion to Lift Stay of Proceedings.

6. The undersigned counsel for the Board will be on scheduled leave from December 15, 2025, to January 5, 2026, and will be unavailable to participate in hearings during that time.

Executed at Washington, District of Columbia, this 5th day of December 2025

Respectfully submitted,

    */s/ Katherine E. Leung*
Katherine E. Leung
Counsel for Applicant
National Labor Relations Board, Region 5
Washington Resident Office
1015 Half Street SE
Washington, D.C. 20570
(202) 501-1648
Bar #  90010093
(New Mexico Bar #150573)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD**<br><br>    1015 Half Street SE<br>    Washington, D.C., 20570<br><br>        Applicant,<br>  v.<br><br>**TASHA BIRD**<br><br>    2619 Bladensburg Road NE, Apt. 408,<br>    Washington, D.C. 20018<br><br>        Respondent. | Civil Case No. 25-mc-010-AHA-MAU |

## **CERTIFICATE OF SERVICE**

This is to certify that on December 5, 2025, I served copies of the Notice of Counsel for Applicant National Labor Relations Board's Availability on the interested party in this action by placing true copies thereof in sealed envelopes for delivery by United Parcel Service 2nd Day Air and regular mail to the party listed below:

    Tasha Bird
    2619 Bladensburg Road NE, Apt. 408
    Washington, D.C. 20018

Executed on December 5, 2025, at Washington, District of Columbia.

                                        */s/ Katherine E. Leung* _____
                                        Katherine E. Leung
                                        Counsel for Applicant
                                        National Labor Relations Board, Region 5
                                        Washington Resident Office

1015 Half Street SE
Washington, D.C. 20570
(202) 501-1648
Bar #   90010093
(New Mexico Bar #150573)